# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE PRISON CORCORAN, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00424-DAD-JDP<br><br>FINDINGS AND RECOMMENDATIONS THAT<br>  (1) THIS CASE BE DISMISSED FOR PLAINTIFF'S FAILURE TO PAY FILING FEE<br>  (2) ALL PENDING MOTIONS BE DENIED AS MOOT<br><br>ECF Nos. 13, 15, 17, 18, 22.<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

    Plaintiff David W. Wilson is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. On July 18, 2018, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered him to pay the $400 filing fee in full within fourteen days. ECF No. 10. Plaintiff failed to pay the filing fee within the allotted time. Accordingly, the undersigned recommends that the court dismiss this case without prejudice and deny all pending motions as moot.

    The undersigned submits the findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen days of the service of the findings and recommendations, plaintiff may file written objections to the findings and recommendations with

1

1 | the court and serve a copy on all parties.  That document should be captioned "Objections to
2 | Magistrate Judge's Findings and Recommendations."  The district judge will review the findings
3 | and recommendations under 28 U.S.C. § 636(b)(1)(C).  Plaintiff's failure to file objections within
4 | the specified time may result in the waiver of rights on appeal.  *See Wilkerson v. Wheeler*, 772
5 | F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:     January 4, 2019                                  /s/ Jeremy Peterson
                                                    UNITED STATES MAGISTRATE JUDGE